JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Shawn Paul Smith, | Case No. 1:18-cv-01614-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 7-day extension of time, from June 5, 2019 to June 12, 2019, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is plaintiff's second request for an extension and good cause exists. During the period of the first extension, plaintiff sought out a copy of the Certified Administrative Record with active links to the file from the US Attorney's office in Sacramento. we were able to secure a copy of the linked CAR on May 25, 2019. Additionally, I have a pre-planned trip to El Paso Texas for a graduation from 6/3/2019 to 6/6/2019. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

1

Respectfully submitted,

Dated: June 3, 2019          PENA & BROMBERG, ATTORNEYS AT LAW


                            By: */s/ Jonathan Omar Pena*
                                JONATHAN OMAR PENA
                                Attorneys for Plaintiff


Dated: June 3, 2019          MCGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration


                            By:  **/s/ Carol S. Clark*
                                Carol S. Clark
                                Special Assistant United States Attorney
                                Attorneys for Defendant
                                (*As authorized by email on June 3, 2019)

IT IS SO ORDERED.

    Dated:  __**June 4, 2019**__          _____**/s/ Gary S. Austin**_____
                                UNITED STATES MAGISTRATE JUDGE