McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK, MO BAR 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| SHAWN PAUL SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-01614-GSA<br><br>STIPULATION AND ORDER TO PERMIT DEFENDANT TO FILE AMENDED OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(Doc. 24) |

## MOTION TO FILE AMENDED OPPOSITION TO OPENING BRIEF

Pursuant to Fed. R. Civ. P. 15(a)(1)(A), Defendant respectfully requests leave to file an Amended Opposition to Plaintiff's Opening Brief, replacing the responsive brief filed by Defendant on November 1, 2019 (docket no. 23). This is Defendant's first request to file an amended pleading. Counsel for Defendant conferred with counsel for Plaintiff, who confirmed by email on November 6, 2019, that he had no objections to Defendant's Request.

Defendant's counsel makes this request in good faith and for good cause, stating that when preparing the brief for filing on Friday, November 1, 2019, the original due date, counsel

was unable to access the draft brief, administrative record, other relevant documents, word-processing programs, and legal research resources, for extended periods of time due to unanticipated computer and system security upgrades. Counsel met the filing deadline but did not have sufficient time to perform the degree of review she had planned and would have been able to do but for the unanticipated computer outages. The amended brief is filed after counsel had additional time to review the brief and obtain consent of Plaintiff's counsel to the amended filing. Defendant apologizes to the Court and to Plaintiff's Counsel for any inconvenience caused by this request.

Dated: November 6, 2019              Respectfully submitted,

                                             McGREGOR W. SCOTT
                                             United States Attorney
                                             DEBORAH LEE STACHEL
                                             Regional Chief Counsel, Region IX
                                             Social Security Administration

                             By:      /s/ *Carol S. Clark*
                                             CAROL S. CLARK
                                             Special Assistant U.S. Attorney

                                             Attorneys for Defendant

     Defendant's request for leave to file an amended responsive pleading is GRANTED. Upon filing of the amended responsive pleading, the Response filed on November 1, 2019 (doc. 23) shall be stricken from the record.

IT IS SO ORDERED.

    Dated:    **November 13, 2019**             **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE